

# United States District Court
# Eastern District of California

| | |
|---|---|
| RAI & BASSI PETROLEUM, INC., A CALIFORNIA CORPORATION D/B/A NORTHGATE ARCO AM/PM #83973 | Case Number: 2:26-cv-0491-JDP |

Plaintiff(s)

V.

UNITED STATES OF AMERICA

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Andrew Z. Tapp _____ hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

RAI & BASSI PETROLEUM, INC., A CALIFORNIA CORPORATION D/B/A NORTHGATE ARCO AM/PM #83973

On ___09/09/2009___ (date), I was admitted to practice and presently in good standing in the ___State of Florida___ (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

[✔] I have / [ ] I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Rancho Produce Market, et al. v. USA; 2:25-cv-01383-WBS-JDP-Date of Application: 05/15/2025;Granted on 06/17/2025

Snappy Food Store, et al. v. USA; 1:25-cv-01008-JLT-CDB-Date of Application: 08/13/2025; Granted on 08/14/2025

Date: __02/18/2026__            Signature of Applicant: /s/ _____

**Pro Hac Vice Attorney**

Applicant's Name: **Andrew Z. Tapp**

Law Firm Name: Metropolitan Law Group, PLLC

Address: 1971 W. Lumsden Rd., #326

City: Brandon    State: FL    Zip: 33511-8820

Phone Number w/Area Code: (813) 228-0658

City and State of Residence: Tampa, Florida

Primary E-mail Address: Andrew@metropolitan.law

Secondary E-mail Address: LaJeana@metropolitan.law

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Mubarak Malik

Law Firm Name: The Law Office of Mubarak Malik The Immigration Advocate

Address: 4422 Temecula St., Unit 2

City: San Diego    State: CA    Zip: 92107

Phone Number w/Area Code: (619) 363-2871    Bar # 323314

## <u>ORDER</u>

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: February 19, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE